UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 10-2247 PAM/JSM

| | |
|---|---|
| SHARMAN LOUISE STARMAN, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER OF DISMISSAL** |
| SOCIAL SECURITY, | ) |
| Defendant. | ) |

Based upon the Stipulation of Dismissal executed by the parties hereto,

IT IS ORDERED that the above-entitled matter may be and it is hereby dismissed, with prejudice, and on the merits without further cost to either party.

Dated: August 10, 2010

S/Paul A. Magnuson
PAUL A. MAGNUSON
United States District Judge